May Term,
1861.

BRYANT *v.* WADSWORTH and Another.

RICHARDSON
*v.*
THE STATE.

APPEAL from the *Lake* Common Pleas.

*Thursday,*
*June* 13.

*Per Curiam.*—Suit by the appellees, against the appellant, upon promissory notes not waiving appraisement laws.   Judgment for the plaintiff.

The only error assigned is in rendering judgment to be collected without appraisement.   This error is confessed.

There is another point made in the brief of counsel for the appellant; but as the error assigned does not embrace the point thus made, we can not notice it.

The order for the collection of the judgment without appraisement is reversed, with costs; otherwise the judgment is affirmed.

*A. McDonald,* for the appellant.
*James Bradley,* for the appellees.

———————

RICHARDSON *v.* THE STATE, on the relation of DRULINER.

*Thursday,*
*June* 13.

APPEAL from the *St Joseph* Circuit Court.

*Per Curiam.*—In this case, there is no motion for a new trial, no bill of exceptions, nor any exception, in any form, properly taken to the rulings of the Circuit Court.   The appeal is, therefore, not properly before us, and must be dismissed.

The appeal is dismissed, with costs.

*E. Egbert* and *J. Bradley,* for the appellant.
*J. A. Liston* and *R. L. Farnsworth,* for the appellee.